# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Candace Hume, | Civil No. 10-100 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Fairview Health Services, | |
| Defendant. | |

Pursuant to the Stipulation (Doc. No. 6) entered into by the parties and upon all of the files and proceedings herein, **IT IS ORDERED**:

1. Plaintiff's Count I, alleging violation of the Family and Medical Leave Act ("FMLA"), 29 U.S.C. §§ 2611 *et seq.*, is **DISMISSED WITH PREJUDICE** and without costs to any party to this action, and;

2. This action is **REMANDED** to the District Court of the Fourth Judicial District for the County of Hennepin, State of Minnesota.

Dated: February 11, 2010

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge